IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   Case No: 3:96cr19/RV
      3:05cv283/RV/MD

MICHAEL LEE STRICKLIN

_____

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 8, 2005.  The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.   The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.   The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 153) is summarily DISMISSED as untimely.

DONE AND ORDERED this 8th day of September, 2005.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**